# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:08-mj-89-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| **FONG KONG YANG** | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Fong Kong Yang in the above captioned criminal Complaint without prejudice.

IT IS HEREBY ORDERED that the Motion be GRANTED and that the charges against Defendant Fong Kong Yang in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: October 8, 2015

David S. Cayer
United States Magistrate Judge